No. 80–2086. EAST BATON ROUGE PARISH SCHOOL BOARD ET AL. *v.* KNIGHTS OF THE KU KLUX KLAN, REALM OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Equal Access to Justice Act, Pub. L. 96–481, §§ 201–208.

No. — — ——. FORTY-EIGHT INSULATIONS, INC. *v.* LIBERTY MUTUAL INSURANCE CO. ET AL. Motion to direct the Clerk to file the cross-petition for writ of certiorari denied.

No. — — ——. GRAND TRAVERSE AREA SPORT FISHING ASSN. *v.* UNITED STATES ET AL. Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. A–309. WADE *v.* TEXAS. Application for bail, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–393. ROMANO ET AL. *v.* UNITED STATES. Application for bail, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–93. IN RE DISBARMENT OF HENDLER. Disbarment entered. [For earlier order herein, see 429 U. S. 956.]

No. D–254. IN RE DISBARMENT OF WENCKE. It is ordered that Walter Carl Wencke, of Del Mar, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.